# EXHIBIT A

Law Offices of
Kameli & Associates, P.C.

111 East Wacker Drive
5th Floor
Chicago, Illinois 60605

Phone: (312)233-1000
Fax: (312) 233-1007
www.Kameli.com

# LEGAL SERVICES AGREEMENT

**A.** This acknowledges that I, Mr.Mansour Merrikhi Nasr Abadi , (hereinafter "Client") have engaged the Law Offices of Kameli & Associates, P.C. (hereinafter the "Attorney" or "Firm"), to represent and assist me with applying for conditional permanent residency in the United States through investment green card (hereinafter "EB5") through a Regional Center. Attorney has explained to me that in order to be eligible for the investment permanent residency, Client needs to invest $500,000.00 in an approved fund in a Regional Center designated by the United States Government. In addition, Attorney has told Client that Client needs to pay a management fee to the fund which varies according to each fund. Client understands that Client must transfer the $500,000.00 (or any portion of it permitted by the Regional Center) plus the management fee to the Regional Center bank accounts before Attorney sends Client's case to United States Citizenship and Immigration Services (hereinafter "USCIS") for adjudication.

*i. THIS CONTRACT DOES NOT COVER ANY OTHER WORK OR APPEALS WITH USCIS OR ANY OTHER AGENCY. THIS CONTRACT DOES NOT COVER REPRESENTING CLIENT FOR I-829 APPLICATION.*

ii. Client further understands that the Firm is in no way, shape, or manner responsible to conduct any type of work, legal or otherwise, on the behalf of Client in the USA, unless a new contract and legal agreement is signed by both parties.

**B. Fees:**

1. Attorney's Fees are based on $50,000.00 plus all filing fees and expenses in regard to applying to USCIS (immigration). This amount will be paid as follows;

   a. $30,000.00 plus filling fees must be paid before any work is done by Attorney. An amount of $20,000 will be paid within 10 days of the approval of I-526.

   b. Client understands that the Firm's representation will commence only after the Firm has received the amount mentioned in paragraph B, above, and that the Firm has signed the original contract (this document).

   **** Client understands that immigration laws grant uncommonly broad discretionary authority to government bodies in the handling of immigration matters; for this reason, it is impossible to predict the length of time—and the amount of attorney work—that any particular matter may require. Client understands that the fee reflects more than just the time actually spent by an attorney. The fee also takes into account; the novelty and difficulty of the process involved, the skill required to perform the service properly, the likelihood that the acceptance of the particular employment will preclude Attorney from accepting other new employment, the nature and the length of the Firm's relationship with the Clients, the experience and reputation and ability of Attorneys performing the services, and whether the fee is fixed or hourly. ****

2. Client understands that Client will pay for any consular processing fees which may involve medical examination and other required fees as the consulate may require.

3. Client further understands that Attorney will not be physically present with Client at the EB5 application interview, which will take place outside of the U.S. Client may contract with the Firm, separately and exclusive of this Agreement, to provide an Attorney at Client's EB5 application interview.

**C. Timing:** As of now, the application for EB5 Green card (Form I-526, the Immigrant Petition by Alien Entrepreneur) takes 300 days for a decision, which may change without any notice. Client understands that after the I-526 is approved, the case will proceed to the Secretary of State for consular processing and at that point the case will be sent to the consulate for issuance of the **conditional** permanent residency. Client understands that the time for interview with the consular may vary.

**D. Client agrees to:** (1) cooperate fully with the Firm; (2) provide true, accurate and complete information and documentation to the Firm; (3) update any documentation or information previously provided to the Firm (even if the Firm has not requested an update); (4) certify that the source of money used for investment in the fund is legitimate

Law Offices of
Kameli & Associates, P.C.

111 East Wacker Drive
5th Floor
Chicago, Illinois 60605

Phone: (312)233-1000
Fax: (312) 233-1007
www.Kameli.com

and honest and is able to provide all necessary documentation to prove the same and explicitly agrees to provide the source of money invested in the Regional Center; (5) provide the Firm with complete, truthful and accurate information, documentation, certification, and other credentials in connection with any and all parts of Client's application (Client understands that the Firm cannot be held responsible for the accuracy of the contents of the above-mentioned materials); (6) client agrees that Attorney may withdraw from the case if the client breaches this agreement, for non cooperation with Attorney, or for any other circumstance that renders Attorneys representation unethical or unlawful.

E. **Denial of the case, cancellation and/or Refund:**

Client understands that the Firm is in no position to guarantee the outcome of any matter as the final decision is made by the United States Government.

i. Client understands that if the EB5 application is rejected at USCIS (immigration office) in the United States for any reason, except non cooperation of the client, then, the Firm will reimburse attorneys fees mentioned in Paragraph B, minus $12,000.

ii. Client understands that:
  a. No refunds will be made if the EB5 application is denied due to any fraud, carelessness, or negligence on behalf of Client or if the EB5 application is denied due to the results of any background checks performed on Client or any of his or her companions.
  b. No Refunds will be made if the case is denied or rejected due to the prior issues of the client or any companion with the United States, including but not limited to issuance of visa or denial of visa renewal.
  c. **No refunds will be provided if the client fails to prove the source of his funds for investment has been arrived from legitimate sources or if Client fails to prove to the United States government agencies that the source of fund is/has been legal.**
  d. No Refunds will be made if the Client cancels this agreement after making any payments toward this agreement as Attorney will start working on the case immediately after this agreement is signed.

F. **REGIONAL CENTER'S PERFORMANCE:** Client understands and acknowledges that the Firm makes absolutely no guarantees whatsoever as to feasibility, productivity, profits, losses, or any other matter connected with the investment in the Regional Centers. Client acknowledges that the Firm has introduced many Regional Centers to Client and <u>Client has chosen the investment in the particular Regional Center by his or her free will and choice and without any pressure, duress, or any other inducement from the Firm or any other person.</u> Client understands that he/she can participate in an EB5 program by investing on his/her own projects, but he/she has decided to use the Regional Center programs so, he/she will not be actively involve into the day to day affairs of the investment and creation of 10 employment.

G. **CONFLICT OF INTEREST:** Client understands that Taher Kameli, the principal and sole owner of the Firm, may have interests, financial or otherwise, in certain Regional Centers and/or projects associated with these certain Regional Centers. If such a conflict exists, Client will be required to sign a "Waiver of Conflict of Interest" which will acknowledge that the Firm has disclosed all conflicts and that Client waives such conflicts and still wishes to retain the Firm. Client acknowledges that despite such conflicts, the Firm continues to be bound to protect Client's interest and will always work to obtain the best results for Client, but that because of such conflicts the Firm at times <u>may</u> not be in a position to make the decision in the best interest of Client and <u>may</u> at times be influenced by their own interests. Such conflicts <u>may</u> at times affect the professional judgment the Firm in the course of Client's legal representation. <u>Client is free to seek independent counsel to review this contract or any other agreement prior to</u>

Law Offices of
Kameli & Associates, P.C.

111 East Wacker Drive
5th Floor
Chicago, Illinois 60605

Phone: (312)233-1000
Fax: (312) 233-1007
www.Kameli.com

**entering into said contract or agreement, and will be afforded a reasonable opportunity to seek such independent legal counsel.**

H. Other provisions. PLEASE READ.
- Client accepts Cook County, State of Illinois, as the sole place for jurisdiction, venue and as the choice of law.
- Client accepts complete liability, submits to judgment thereof, and shall indemnify the Firm for all costs, including but not limited to, all charges as expressed above, any attorney's fees, costs, associated expenses, including work done on Client's behalf or time spent prosecuting or defending any law suit in association with, for, or against Client.
- should any provision of this Agreement not survive legal judgment, all other provisions remain in full force.

UNDERSTOOD AND AGREED:

_M. MA[...]_  02/11/2010
Client                Date

_[signature]_  Nov 2/11/2010
Attorney Dr. Tahet Kameli J.D.   Date