# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mansour Merrikhi Nasrabadi
                                  Plaintiff,

v.                                                   Case No.: 1:18−cv−08514
                                                   Honorable Thomas M. Durkin

Taher Kameli
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 8, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: Defendant's motion to compel expert deposition of Angelo A. Paparelli, with reduced or minimal fees [107] is entered and continued. Plaintiff's response due 03/08/2021. No reply unless ordered by the Court. The Court will review the parties' submissions and will either issue an order by mail or, if necessary, set a telephonic motion hearing. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.