# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mansour Merrikhi Nasrabadi

                              Plaintiff,

v.                                                        Case No.: 1:18−cv−08514
                                                        Honorable Thomas M. Durkin

Taher Kameli

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 31, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: For the reasons stated in the accompanying Order, the Court grants in part and denies in part defendant's motion to compel documents and motion to compel subpoenas [78, 79] and grants defendant's motions to file replies [87] and a supplemental reply [89]. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.