**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Mansour Merrikhi Nasrabadi
                    Plaintiff,

v.                                        Case No.: 1:18−cv−08514
                                              Honorable Thomas M. Durkin

Taher Kameli
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 17, 2021:

      MINUTE entry before the Honorable Jeffrey Cumming: For the reasons stated in the accompanying Orders, the Court (1) grants in part, as specified in the Order, plaintiff's motion to issue supplemental document request [91] and (2) grants defendant's motion to compel expert deposition of Angelo A. Paparelli, with reduced or minimal fees [107]; Defendant is ordered to reimburse attorney Paparelli for $6,930 of fees pursuant to Rule 26(b)(4)(E) prior to the onset of his deposition. Defendant is further ordered to produce the documents specified in the Order on or before 7/1/21. Plaintiff's counsel is ordered to supplement his report to take account of the newly produced materials on or before 7/22/21. Plaintiff's expert's deposition is to be taken on or before 8/19/21. The parties shall file an updated joint status report confirming their completion of expert discovery on or before 08/26/2021. The parties may jointly contact the Court's Courtroom Deputy at any time if they are interested in scheduling a settlement conference. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.